[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

FILED

U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
April 20, 2005
THOMAS  K. KAHN
CLERK

No. 04-16303
Non-Argument Calendar

D. C. Docket No. 03-00584-CV-CB-B

MARK C. NASWORTHY,
SEA ANGEL COVE, LLC,

Plaintiffs-Appellants,

versus

THE BALDWIN COUNTY COMMISSION,
THE BALDWIN COUNTY PLANNING AND
ZONING COMMISSION,

Defendants-Appellees.

Appeal from the United States District Court
for the Southern District of Alabama

**(April 20, 2005)**

Before ANDERSON, BIRCH and COX, Circuit Judges.

PER CURIAM:

Mark C. Nasworthy and Sea Angel Cove, LLC appeal the district court's grant of summary judgment in favor of The Baldwin County Commission and the Baldwin County Planning and Zoning Commission.

We have considered the briefs, and relevant parts of the record, and discern no reversible error.

AFFIRMED.